1  STEPHEN M. HAYES (SBN 83583)
   STEPHEN P. ELLINGSON (SBN 136505)
2  **HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT**
   203 Redwood Shores Parkway, Suite 480
3  Redwood Shores, California 94065
   Telephone: 650.637.9100
4  Facsimile: 650.637.8071

5  Attorneys for Defendant
   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

6

7                 UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9

10 STEVEN JACKSON,                          Case No.:    C06-07368 PJH

11              Plaintiff,

12        V.                                **STIPULATION AND [PROPOSED]
                                            ORDER SELECTING ADR PROCESS**
13 STATE FARM MUTUAL AUTOMOBILE
   INSURANCE COMPANY, DOES 1
14 THROUGH 100, INCLUSIVE,

15              Defendants.

16

17

18        Plaintiff Steven Jackson and defendant State Farm Mutual Automobile Insurance Company,

19 by and through their respective counsel, hereby stipulate to referral of this matter to Early Neutral

20 Evaluation.

21 Dated: 2/16          , 2007            HAYES DAVIS BONINO ELLINGSON
22                                         McLAY & SCOTT

23

24                                         By _____
                                              STEPHEN M. HAYES
25                                            STEPHEN P. ELLINGSON
                                              DAVID L. RENCHER
26                                            Attorneys for Defendant
                                              STATE FARM MUTUAL AUTOMOBILE
27                                            INSURANCE COMPANY

28

126501                          -1-

1 Dated: 2/16 , 2007

2

3 By _____

4 THOMAS H. LEMMON
Attorneys for Plaintiff
STEVEN JACKSON

5

6 IT IS SO ORDERED

7

8 Dated: February 20 , 2007

9



UNITED STATES DISTRICT COURT
DISTRICT JUDGE HAMILTON
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Phyllis J. Hamilton

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

126501

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS - CASE NO. C06-07368 PJH