1 | STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
2 | JAMIE A. RADACK (221000)
**HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP**
3 | 203 Redwood Shores Parkway, Suite 480
Redwood Shores, California 94065
4 | Telephone: 650.637.9100
Facsimile: 650.637.8071
5 |
Attorneys for Defendant
6 | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

**CHAMBERS COPY**

*E-Filing*

7 |
8 |  UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9 |
10 | STEVEN JACKSON,

Plaintiff,
11 |
V.
12 |
STATE FARM MUTUAL AUTOMOBILE
13 | INSURANCE COMPANY, DOES 1
THROUGH 100, INCLUSIVE,
14 |
15 | Defendants.
16 |

CASE NO.   C06-07368 PJH

**STIPULATION AND [PROPOSED]
PROTECTIVE ORDER REGARDING:
(1) PRODUCTION OF STATE FARM
DOCUMENTS; AND (2) RESTRICTING
DISSEMINATION OF DISCOVERY**

17 |                       **I.**
**STIPULATION AND PROTECTIVE ORDER REGARDING
18 |        PRODUCTION OF STATE FARM DOCUMENTS**

19 |        Defendant State Farm Mutual Automobile Insurance Company ("State Farm") and plaintiff

20 | Steven Jackson, hereby stipulate to the following protective order with respect to and to

21 | accommodate State Farm's production of certain documents in response to plaintiff's requests for

22 | production of documents.

23 |                       **II.**
**PRODUCTION OF DOCUMENTS AND CUSTODY OF THE SAME**
24 |

25 |        State Farm will produce relevant and responsive documents regarding written policies or

26 | procedures in effect in 2003 for claims handling of uninsured/underinsured motorist coverage

27 | claims such as that made by Steven Jackson claim no. 054965-036 under his State Farm Mutual

28 | Automobile Insurance Company policy (the "Documents") that have recently been requested and

1  withheld based upon the trade secret, attorney-client privilege and attorney work-product doctrine,

2  and other objections, without waiving those objections. Production of those Documents hereinafter

3  specified shall take place by mail from and/or at:

4  HAYES DAVIS BONINO ELLINGSON
5  McLAY & SCOTT, LLP
   203 Redwood Shores Parkway, Suite 480
6  Redwood Shores, California 94065

7  and shall proceed in the following manner:

8       a)     This Order shall be served on all parties;

9       b)     All parties and counsel for all parties herein shall be subject to the Court Order for

10 the purpose of limiting the dissemination of the Documents produced hereunder;

11      c)     Those persons viewing the requested Documents or copies of the same shall agree to

12 the terms and conditions set forth in the viewing record and agreement attached hereto; and

13      d)     Copies of all Documents produced by State Farm shall be designed

14 "CONFIDENTIAL DOCUMENTS SUBJECT TO STIPULATION AND COURT ORDER" or a

15 form of similar effect.

16      e)     In the event the parties agree to produce any documents pursuant to this stipulation

17 in advance of the court's execution of the order, the parties hereby agree to fully abide by their

18 respective rights and obligations herein as a stipulation and contract and as though this stipulation

19 was approved and ordered by the court.

20 **III.**<br>**PERSONS AUTHORIZED TO TAKE CUSTODY**

21      Only attorneys for parties of record, and law clerks, secretaries, translators, and qualified

22 stenographers for said attorneys, and any experts actually hired for consultation and/or testimony in

23 connection with this case, shall be allowed to view and retain custody of copies of the "Documents"

24 or notes taken therefrom.

25 **IV.**<br>**PROCEDURE FOR GRANTING CUSTODY**

26

27      Prior to granting custody of copies of the subject Documents or notes taken therefrom, each

28 person who is to take such custody shall be brought within the personal jurisdiction of the Court,

138108             -2-

1 | including its contempt power, by signing a copy of this order signifying agreement to its provisions

2 | and consent to jurisdiction of the Court over his or her person for any proceedings involving alleged

3 | improper disclosures. Each such signature shall be made under penalty of perjury.

4 |      The failure to have each person sign a copy of this order prior to granting custody of copies

5 | of the subject documents or notes taken therefrom, will result in the prohibition of the parties using

6 | these documents for any purpose including this case.

7 |
### V.
### VIEWING RECORD AND AGREEMENT

8 |
9 |      No person shall be allowed or authorized to examine any portion of said Documents or notes

arising therefrom, or to discuss the contents of either, until such persons has:

10 |
    (1)    Read this Court Order; and

11 |
    (2)    Completed and signed the "Viewing and Custody Record and Agreement" attached

12 |
hereto as Exhibit "A".

13 |
### VI.
14 | ### JURISDICTION

15 |      Each person signing the "Viewing and Custody Record and Agreement" thereby agrees to be

16 | subject to the jurisdiction of this Court for contempt and other appropriate proceedings in the event

17 | of an alleged violation of this Protective Order.

18 |
### VII.
### NON-DISCLOSURE

19 |
     No person authorized hereunder to view copies of the Documents or to make notes

20 |
therefrom, may disclose any portion of the subject matter or contents of either any person not

21 |
authorized hereunder.

22 |
### VIII.
23 | ### NON-DISSEMINATION

24 |      The Documents, copies of any portion of the same, contents of the Documents itself and all

25 | notes arising from examination of said Documents, as well as discussions of the contents thereof,

26 | shall be used only in connection with the above entitled action, and shall be used for no other

27 | purposes whatsoever including, but not limited to, other lawsuits, actions, claims or demands.

28 |

## IX.
## ALL DOCUMENTS REVEALED TO THE COURT SHALL BE SEALED

All motions or other Documents filed with the Court, if any, which reveal any portion of the contents of the Documents, or notes arising therefrom, shall not be filed prior to obtaining a sealing order pursuant to Civil L.R. 79-5. At any hearing or proceeding in which any Document covered by this order is referred to, revealed or discussed, either party can request that the hearing or proceeding be conducted in chambers. The parties may also request that any records made of such proceedings be sealed until further order of the Court, if any.

## X.
## NON-WAIVER

The production of the subject Documents for inspection, viewing and custody shall not constitute a waiver of State Farm's right to claim in this lawsuit or otherwise, that said Documents or any documents described therein are privileged or otherwise non-discoverable or admissible.

## XI.
## SURRENDER OF DOCUMENTS

At the conclusion of the subject litigation, all documents provided, and any copies thereof, under this protective order shall be returned to State Farm's counsel. The Documents are to be returned as soon as possible and no later than seven (7) days from the date of the dismissal of the action.

## XII.
## DESIGNATION OF PRIVILEGED DOCUMENTS

The parties shall be entitled to bring a motion to contest State Farm's designation that a particular Document or that Documents are protected by this order.

///
///
///
///
///
///
///

138108                                        -4-

1    **IT IS SO STIPULATED**:

2    Dated: July 24, 2007                    HAYES, DAVIS, BONINO, ELLINGSON,
                                             McLAY & SCOTT, LLP
3

4

5                                            By  //s//
                                                Stephen M. Hayes
6                                               Stephen P. Ellingson
                                                Jamie A. Radack
7                                               Attorneys for Defendant
                                                STATE FARM MUTUAL AUTOMOBILE
8                                               INSURANCE COMPANY

9

10   Dated: July 24, 2007                    ROBBINS, FETTNER & LEMMON

11

12                                           By  //s//
                                                Thomas H. Lemmon
13                                              Attorneys for Plaintiff
                                                STEVEN JACKSON
14

15                                      **II.**
                                  **PROPOSED ORDER**
16

17   **IT IS SO ORDERED.**

18   The above STIPULATION hereby becomes the PROTECTIVE ORDER of the court.

19

20   Dated: ___July 27___, 2007

21                                           HONORABLE PHYLLIS J. HAMILTON
                                             UNITED STATES DISTRICT COURT JUDGE
22

23

24

25

26

27

28

138108                           -5-
**STIPULATION AND PROTECTIVE ORDER RE STATE FARM DOCUMENTS - CASE NO. C06-07368PJH**

# EXHIBIT A

1   STEPHEN M. HAYES (SBN 83583)
    STEPHEN P. ELLINGSON (SBN 136505)
2   JAMIE A. RADACK (221000)
    **HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
3   203 Redwood Shores Parkway, Suite 480
    Redwood Shores, California 94065
4   Telephone: 650.637.9100
    Facsimile: 650.637.8071
5
    Attorneys for Defendant
6   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

7                       UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9   STEVEN JACKSON,                          CASE NO.   C06-07368 PJH

10                  Plaintiff,

11       V.                                  **INSPECTION AND VIEWING RECORD
                                             AND AGREEMENT FOR PROTECTIVE
12                                           ORDER REGARDING: (1)
    STATE FARM MUTUAL AUTOMOBILE             PRODUCTION OF STATE FARM
13  INSURANCE COMPANY, DOES 1                DOCUMENTS; AND (2) RESTRICTING
    THROUGH 100, INCLUSIVE,                  DISSEMINATION OF DISCOVERY**
14
15                  Defendants.

16

17           **INSPECTION AND VIEWING RECORD AND
             AGREEMENT FOR PROTECTIVE ORDER**
18

19       I am an attorney of record in the above-captioned action. I agree, prior to the inspection and

20  viewing of the Documents, which is subject to the associated protective order, to be brought within

21  the personal jurisdiction of the Court, including its contempt power, by signing a copy of this

22  Agreement signifying agreement to its provisions and consent to jurisdiction of the Court over my

23  person for any proceedings involving alleged improper disclosures.

24       I have read the Stipulation and Protective Order Regarding: (1) Production Of State Farm

25  Documents; and (2) Restricting Dissemination Of Discovery.

26       I agree to be subject to the jurisdiction of this Court for contempt and other appropriate

27  proceedings in the event of an alleged violation of the Stipulation and Protective Order.

28       The Documents and copies, if any, of any portion of the Documents, and all notes arising

138110                          -1-

1 | from the inspection and viewing of the Documents, as well as discussions of the contents thereof,

2 | shall be used only in connection with the present above entitled action, and shall be used for no

3 | other purposes whatsoever including, but not limited to, other lawsuits, actions, claims or demands.

4 |     This _____ day of _____ 2007, I agree to the terms and conditions of the Stipulation and

5 | Protective Order and hereby enter into this Inspection and Viewing Record and Agreement under

6 | penalty of perjury of the laws of the State of California.

7

8

                                 _____

9 |                                  Printed Name

10

                                 _____

11 |                                  Signature

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

138110                         -2-

## Other Documents
<u>3:06-cv-07368-PJH Jackson v. State Farm Mutual Automobile Insurance Company</u>
ADRMOP, E-Filing, ENETERM

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
***If there is no second hyperlink, there is no electronic document available .***
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

The following transaction was received from by Ellingson, Stephen entered on 7/24/2007 4:17 PM and filed on 7/24/2007
**Case Name:**     Jackson v. State Farm Mutual Automobile Insurance Company
**Case Number:**    <u>3:06-cv-7368</u>
**Filer:**     State Farm Mutual Automobile Insurance Company
**Document Number:** <u>14</u>

**Docket Text:**
STIPULATION *and [Proposed] Protective Order Regarding: (1) Production of State Farm Documents; and (2) Restricting Dissemination of Discovery* by State Farm Mutual Automobile Insurance Company. (Ellingson, Stephen) (Filed on 7/24/2007)

**3:06-cv-7368 Notice has been electronically mailed to:**

Stephen P. Ellingson     sellingson@hayesdavis.com, abowman@hayesdavis.com

Stephen M. Hayes     shayes@hayesdavis.com

Thomas H. LemMon     fettnerlemmon@yahoo.com, thl94803@yahoo.com

**3:06-cv-7368 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\axb1\Desktop\1556_001.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/24/2007] [FileNumber=3619299-0]

[6fbec9bc7898f91bf9d90110193427be11410cb9693db9237c24dcb36bfd9781f68af
6c3475fb3b41012063e11f9e35e969650f2685198645c06fa4aac175010]]