UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN JACKSON,

    Plaintiff,

    v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES 1 THROUGH 100, INCLUSIVE,

    Defendants.
_____/

No. C 06-7368 PJH

**ORDER TO SHOW CAUSE**

Plaintiff is hereby ORDERED to show cause why his opposition brief to defendant's motion for summary judgment should not be stricken from the record, in view of plaintiff's unexplained failure to file his opposition brief by October 10, 2007, as required by the deadlines set forth in this district's Civil Local Rules.

Plaintiff shall submit his response to this order to show cause no later than Thursday, **October 18, 2007**. The response shall not exceed 5 pages in length. In the meantime, and until the court decides the above issue, defendant is instructed to prepare its reply brief in support of its motion for summary judgment, to be filed no later than October 22, 2007. The court will thereafter advise the parties as to whether the hearing on defendant's motion, currently scheduled for October 31, 2007, will go forward on that date.

**IT IS SO ORDERED.**

Dated: October 16, 2007

                                                     _____
                                                     PHYLLIS J. HAMILTON
                                                     United States District Judge