**United States District Court**
For the Northern District of California

1

2

3              UNITED STATES DISTRICT COURT

4              NORTHERN DISTRICT OF CALIFORNIA

5

6

7   STEVEN JACKSON,

8            Plaintiff,                          No. C 06-7368 PJH

9      v.                                        **ORDER DISCHARGING**
                                                 **OSC AND CONTINUING**
10  STATE FARM MUTUAL AUTOMOBILE                 **HEARING DATE**
    INSURANCE COMPANY, DOES 1
11  THROUGH 100, INCLUSIVE,

12           Defendants.
    _____/
13

14          On October 16, 2007, the court issued an order to show cause, requiring plaintiff to

15  show why his opposition to defendant's summary judgment motion should not be stricken

16  from the record in view of its untimely filing.  On October 18, plaintiff's counsel submitted a

17  declaration acknowledging the untimely filing, explaining that the late filing was due to a

18  calendaring error on counsel's part, and requesting that the court allow the filing to go

19  forward.  Counsel also submitted evidence of his calendaring mistake.

20          Having reviewed counsel's declaration, the court hereby DISCHARGES the order to

21  show cause, and grants counsel's request to allow the untimely submission of plaintiff's

22  opposition brief.  Defendant's reply brief remains due on October 22, 2007, as stated in the

23  court's prior order.  The hearing on defendant's motion for summary judgment is

24  CONTINUED, however, from October 31, 2007, to November 14, 2007, at 9:00 a.m.

25  **IT IS SO ORDERED.**

26  Dated: October 19, 2007

27                                               _____
                                                 PHYLLIS J. HAMILTON
28                                               United States District Judge