STEPHEN M. HAYES (SBN 83583)
shayes@hayesdavis.com
STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesdavis.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesdavis.com
HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JACKSON,<br><br>    Plaintiff,<br><br>V.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES 1 THROUGH 100, INCLUSIVE,<br><br>    Defendants. | Case No.:   C06-07368 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE DATE FOR EXPERT DISCLOSURES** |

Plaintiff Steven Jackson and defendant State Farm Mutual Automobile Insurance Company ("State Farm"), by and through their respective counsel, hereby stipulate to continuing the date to disclose experts as follows:

**I.
RECITALS**

1.  The parties have been working diligently toward moving this case forward in an efficient, expeditious manner. The parties have exchanged written discovery and responses and have completed the depositions of fact witnesses;

2.  State Farm has filed a motion for summary judgment, or in the alternative, partial summary judgment;

3.      State Farm originally noticed the motion for October 31, 2007. The Court as since re-scheduled the hearing for November 14, 2007;

4.      The Case Management and Pretrial Order in this matter currently provides for expert disclosures on November 30, 2007.  Expert discovery is to be completed by January 18, 2008;

5.      The outcome of State Farm's motion for summary judgment, or in the alternative, partial summary judgment may obviate the need for the parties to incur the cost of retaining experts and engaging those experts to prepare the narrative expert report required by FRCP 26(a)(2).  The parties wish to litigate this matter in a cost effective manner and avoid unnecessary expert retention expenses and attorneys fees and costs;

6.      For these reasons, the parties have agreed to continue the date for expert disclosures set forth in the Case Management and Pretrial Order to avoid incurring the expense of expert disclosures that may not be necessary before the resolution of State Farm's motion for summary judgment, or in the alternative, partial summary judgment;

Accordingly, the parties hereby stipulate to revising the Case Management and Pretrial Order and continuing the date for expert disclosures as follows.

## II.
## STIPULATION

The parties hereby stipulate to the following revision to the Court's Case Management and Pretrial Order:

1.      Disclosure of Expert Designation:           December 14, 2007
                                                    (currently November 30, 2007);

2.      The Court's Case Management and Pretrial Order dated March 9, 2007 otherwise remains in effect.

/ / /

/ / /

/ / /

/ / /

/ / /

149678                              -2-

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE EXPERT DISCLOSURE DEADLINE
CASE NO. C06-07368 PJH**

1 | Dated: October 23, 2007 | HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP

By /s/
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

Dated: October ___, 2007 | ROBBINS, FETTNER & LEMMON

By_____
THOMAS H. LEMMON
Attorneys for Plaintiff
STEVEN JACKSON

IT IS SO ORDERED:

Pursuant to the stipulation of the parties, the date for expert disclosures set forth in the Case Management and Pretrial Order shall be continued from November 30, 2007 to December 14, 2007. The Court's Case Management and Pretrial Order dated March 9, 2007 otherwise remains in effect.

Dated: _____, 2007

_____
HONORABLE PHYLLIS HAMILTON
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

149678                                -3-

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE EXPERT DISCLOSURE DEADLINE**
**CASE NO. C06-07368 PJH**

```
1  Dated: October____, 2007              HAYES DAVIS BONINO ELLINGSON
                                          McLAY & SCOTT, LLP
2

3
                                          By_____
4                                            STEPHEN M. HAYES
                                             STEPHEN P. ELLINGSON
5                                            JAMIE A. RADACK
                                             Attorneys for Defendant
6                                            STATE FARM MUTUAL AUTOMOBILE
                                             INSURANCE COMPANY
7

8  Dated: October 22, 2007               ROBBINS, FETTNER & LEMMON

9

10                                        By_____
                                             THOMAS H. LEMMON
11                                           Attorneys for Plaintiff
                                             STEVEN JACKSON
12
```

13  IT IS SO ORDERED:

14      Pursuant to the stipulation of the parties, the date for expert disclosures set forth in the Case

15  Management and Pretrial Order shall be continued from November 30, 2007 to December 14, 2007.

16  The Court's Case Management and Pretrial Order dated March 9, 2007 otherwise remains in effect.

17  Dated: __October 26_____, 2007

18                                          _____
                                            HONORABLE PHYLLIS HAMILTON
19                                          UNITED STATES DISTRICT COURT FOR
                                            THE NORTHERN DISTRICT OF
20                                          CALIFORNIA

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

14967B                                    -3-

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE EXPERT DISCLOSURE DEADLINE**
**CASE NO. C06-07368 PJH**