1  STEPHEN M. HAYES (SBN 83583)
   shayes@hayesdavis.com
2  STEPHEN P. ELLINGSON (SBN 136505)
   sellingson@hayesdavis.com
3  JAMIE A. RADACK (SBN 221000)
   jradack@hayesdavis.com
4  HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
   203 Redwood Shores Pkwy., Ste. 480
5  Redwood City, California 94065
   Telephone: 650.637.9100
6  Facsimile: 650.637.8071

7  Attorneys for Defendant
   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JACKSON,<br><br>　　　　　Plaintiff,<br><br>V.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES 1 THROUGH 100, INCLUSIVE,<br><br>　　　　　Defendants. | Case No.:　　C06-07368 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING THE ENTIRE ACTION** |

Plaintiff Steven Jackson and defendant State Farm Mutual Automobile Insurance Company ("State Farm"), by and through their respective counsel, hereby stipulate to dismissal of the above entitled action as follows:

**STIPULATION**

The parties having, having reached a settlement agreement as to all of plaintiff's claims on December 21, 2007, hereby stipulate to the dismissal of the entire above-entitled action with prejudice.

/ / /

/ / /

/ / /

154383                                    -1-
**STIPULATION AND [PROPOSED] ORDER TO DISMISS THE ENTIRE ACTION CASE NO. C06-07368 PJH**

| | |
|---|---|
| Dated: December 28, 2007 | HAYES DAVIS BONINO ELLINGSON<br>McLAY & SCOTT, LLP<br><br>By _____<br>STEPHEN M. HAYES<br>STEPHEN P. ELLINGSON<br>JAMIE A. RADACK<br>Attorneys for Defendant<br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY |
| Dated: December 26, 2007 | ROBBINS, FETTNER & LEMMON<br><br>By _____<br>THOMAS H. LEMMON<br>Attorneys for Plaintiff<br>STEVEN JACKSON |

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED:

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice.

Dated: January 4, 2008

_____
HONORABLE PHYLLIS HAMILTON
UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Phyllis J. Hamilton

154383

-2-

**STIPULATION AND [PROPOSED] ORDER TO DISMISS THE ENTIRE ACTION CASE NO. C06-07368 PJH**